AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WILLIAM R. KLINGELE,

        Plaintiff,

v.

STATE OF WASHINGTON, CITY OF YAKIMA, and YAKIMA CITY POLICE DEPT.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-3001-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is Dismissed without prejudice.

April 22, 2005
*Date*

JAMES R. LARSEN
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson